Carl H. Pinkerman, Plaintiff-Appellant, v. Eagle Food Stores, Inc., Defendant-Appellee.

Gen. No. 51,433. (Abstract of Decision.)

First Judicial District.

July 3, 1968.

Frank Ferlic and Horace Lund, of Chicago, for appellant; Doyle, Berdelle & Tarpey, of Chicago (Leo M. Tarpey, Jr., of counsel), for appellee. Opinion by JUSTICE MORAN. Not to be published in full.